UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ANTONIO LEE ALSTON, <br><br> Defendant. | Crim. Action No. 03-00059 (CKK) |

**ORDER**
**August 29, 2018**

This case comes before the Court upon the receipt of a Report and Recommendation dated August 10, 2018, from Magistrate Judge Robin M. Meriweather. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this 29th day of August, 2018,

**ORDERED** that the Report and Recommendation is hereby ADOPTED and Defendant Antonio Lee Alston's supervision shall be revoked; and it is

**FURTHER ORDERED** that the Defendant is scheduled for Re-sentencing on September 19, 2018 at 10:00 AM in Courtroom 28A.

COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE